# Court of Appeals
# of the State of Georgia

ATLANTA,   May 22, 2012   

*The Court of Appeals hereby passes the following order:*

**A12A1753.  PATRICK HOWARD v. THE STATE.**

Patrick Howard has been charged with several offenses, including cocaine trafficking.  On September 27, 2011, the trial court entered an order setting a pre-trial bond.  The same day, the trial court signed an order denying Howard's motion to suppress, but the order was not entered until September 30, 2011.  On October 7, 2011, Howard filed a pro se notice of appeal in which he sought to challenge the "judgment" entered on September 27, 2011.

To the extent Howard seeks to appeal the pre-trial bond order, Howard was required to comply with the interlocutory appeal procedures in OCGA § 5-6-34 (b).  See *Mullinax v. State*, 271 Ga. 112 (1) (515 SE2d 839) (1999); see also *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990).  His failure to do so deprives us of jurisdiction to consider his direct appeal.  To the extent Howard was seeking to appeal the denial of his motion to suppress, we also lack jurisdiction as the denial of a motion to suppress is an interlocutory order that requires compliance with the interlocutory appeal procedure.  See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995); *Hargraves v. Turner*, 160 Ga. App. 807, 808 (287 SE2d 664) (1982).  For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 05/22/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*